1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ALAN RENFRO, | Case No.  1:16-cv-01733-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | TWENTY DAY DEADLINE |

Plaintiff Marc Alan Renfro ("Plaintiff") filed the complaint in this action on November 15, 2016.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application demonstrates that he may be receiving income above the poverty threshold and is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward an Application to Proceed in District

1

1    Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2    2.    Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the

3    $400.00 filing fee for this action, or (2) complete and file the enclosed

4    Application to Proceed in District Court Without Prepaying Fees or Costs (Long

5    Form) – AO 239; and

6    3.    If Plaintiff fails to comply with this order, this action shall be dismissed.

7

8    IT IS SO ORDERED.

9    Dated:   **November 17, 2016**

     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28