# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ALAN RENFRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:16-cv-01733-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND TERMINATE APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF Nos. 2, 4, 5) |

Plaintiff Marc Alan Renfro filed a complaint on November 15, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Pursuant to a Court order, Plaintiff filed a long form application to proceed without prepayment of fees and an amended long form application to proceed without prepayment of fees on December 8, 2016. Plaintiff's amended application to proceed without prepayment of fees demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's amended long form application to proceed in forma pauperis is GRANTED (ECF No. 5);

2. The Clerk of the Court is DIRECTED to terminate Plaintiff's application to proceed without prepayment of fees filed November 15, 2016 (ECF No. 2), and long form application to proceed without prepayment of fees filed December 8,

1

2016 (ECF No. 4);

3. The Clerk of Court is DIRECTED to issue a summons; and

4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **December 9, 2016**

UNITED STATES MAGISTRATE JUDGE