# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ALAN RENFRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01733-SAB<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE ERRONEOUS FILING DOCKET NO. 4<br><br>(ECF No. 6) |

Plaintiff Marc Alan Renfro ("Plaintiff") filed a complaint on November 15, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Pursuant to a Court order, Plaintiff filed a long form application to proceed without prepayment of fees (ECF No. 4) and an amended long form application to proceed without prepayment of fees (ECF No. 5) on December 8, 2016. On December 9, 2016, the Court granted Plaintiff's amended long form application to proceed in forma pauperis. (ECF No. 7.) The Court also directed the Clerk of the Court to terminate Plaintiff's application to proceed without prepayment of fees filed November 15, 2016 (ECF No. 2), and long form application to proceed without prepayment of fees filed December 8, 2016 (ECF No. 4). On December 9, 2016, prior to the Court's order docketing, Plaintiff filed a motion to strike docket number 4 as erroneously filed. (ECF No. 6.)

Accordingly, in light of the fact that the Court has terminated Plaintiff's long form application to proceed without prepayment of fees filed December 8, 2016 (ECF No. 4), IT IS HEREBY ORDERED that Plaintiff's motion to strike erroneous filing docket no. 4 is denied as moot.

IT IS SO ORDERED.

Dated:   **December 13, 2016**

UNITED STATES MAGISTRATE JUDGE