# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ALAN RENFRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01733-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 23, 24)<br><br>DEADLINE: SEPTEMBER 25, 2017 |

Pursuant to the stipulation of the parties, Defendant's response to Plaintiff's opening brief was due on or before September 13, 2017. Defendant did not file a response. On September 15, 2017, an order issued requiring Defendant to show cause within ten days why Plaintiff's opening brief should not be deemed unopposed. On September 18, 2017, Defendant filed a response to the order to show cause.

Baased on Defendant's response, IT IS HEREBY ORDERED that:

1. The order to show cause filed September 15, 2017, is DISCHARGED;
2. Defendant's responsive pleading shall be filed on or before September 25, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before October 10, 2017.

IT IS SO ORDERED.

Dated: **September 19, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1